UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TRACY WILSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.: 3:09-CV-199 |
| ) | (VARLAN/GUYTON) |
| STATE FARM FIRE & CASUALTY, ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

For the reasons set forth in the Memorandum Opinion entered contemporaneously herewith, the Court hereby **ENTERS JUDGMENT** in favor of plaintiffs Tracy and Kim Wilson and against defendant State Farm Fire & Casualty Company on plaintiffs' claim for breach of contract under Coverage C (Loss of Use/Additional Living Expenses, in the amount of **$33,000.00**. The Court hereby **ENTERS JUDGMENT** in favor of defendant State Farm Fire & Casualty Company as to all other claims of plaintiffs Tracy and Kim Wilson.

IT IS SO ORDERED.

E N T E R :

                                              s/ Thomas A. Varlan
                                              UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ Patricia L. McNutt
      CLERK OF COURT